IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASMINE JOHNSON, | : |
| | : CIVIL ACTION |
| Plaintiff, | : NO. 22-5219 |
| | : |
| v. | : |
| | : |
| ROVMAIN, INC, et al. | : |
| | : |
| Defendants. | : |

**O R D E R**

**AND NOW** this **31st** day of **March, 2023,** upon consideration of the motions to dismiss filed by RovMain, Inc. (ECF No. 14) and JP Morgan Chase (ECF No. 10), and the response thereto, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that the motions are **GRANTED** and Johnson's claims are **DISMISSED**. Due to futility, the dismissal is **with prejudice.**

The Clerk of Court shall mark this case as **CLOSED.**

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**